UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF FLORIDA
_Jacksonville_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

2012 JUN 27 PH 2: 26

FILED

Lester mathis .

Inmate # 095096 .
 (Enter full name of Plaintiff)

vs.

CASE NO: 3:12 - CV - 735-J-...
 (To be assigned by Clerk)

David Adams .
Howard carey Et. AL. .

_____ .

_____ .

_____ .

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

(A). Each defendant(s) Are
sued in their each
individually capacity for
their maliciously misconduct.
(B). Plaintiff seeking for
compensation damages.
(C). Plaintiff demand trial
by Jury. (d). Plaintiff
seeking any other Relief
the court find suiting.

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: LESTER, mathis FF 095096

Inmate Number: 095096

Prison or Jail: _____

Mailing address: _____

_____

_____

## II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1)  Defendant's name: DAViD AdAmS

Official position: OFFiceR

Employed at: F.S.P.

Mailing address: FloRida state PRison
7819 N.W. 228th St.
Raiford, Fl 32026

Defendant's name: _____

Official position: _____

Employed at: _____

Mailing address: _____

(2) Defendant's name: HowuARd cARely

Official position: sgt.

Employed at: F.S.P.

Mailing address: FloRida state PRison
7819 N.W. 228th St.
Raiford, Fl 32026

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

**III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

**A.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

Yes(✓)                    No(   )

[If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

**1.    Informal Grievance**

a.    Did you submit an informal grievance?

Yes(   )                    No(✓)

❖ If so, you must attach a copy of the grievance and response; exhibit _____.

b.    If not, why? _____

**2.    Formal Grievance**

a.    Did you submit a formal grievance?

Yes(✓)                    No(   )

❖ If so, you must attach a copy of the grievance and response; exhibit _____.

b.    If not, why? _____

**3.    Appeal to the Office of the Secretary**

a.    Did you submit an appeal to the Office of the Secretary?

Yes(✓)                    No(   )

❖ If so, you must attach a copy of the appeal and response; exhibit _____.

b.    If not, why? _____

4.      **Disciplinary Actions**

a.      Did you have a disciplinary hearing concerning this matter?

Yes(✓)                          No(  )

❖  If so, you must attach a copy of the disciplinary report and disciplinary
hearing team's findings and decision to this form; exhibit ___ A - 1 - 8

b.      Did you lose gaintime as a result of the disciplinary hearing?

Yes( 1 )                        No(  )

c.      Has the gaintime since been restored?

Yes(  )                         No( ✓ )

B.      **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY
JAIL OR DETENTION CENTER?**

Yes(  )                         No( ✓ )

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1.      Is there a grievance procedure at your institution or jail?

Yes(  )                         No(  )

[If your answer is NO, proceed to Section IV of the complaint form.  If your
answer is YES, answer all of the following questions in this subsection.]

2.      Did you submit a grievance concerning the facts relating to your complaint?

Yes(  )                         No(  )

3.      If your answer is YES:

a. What steps did you take? _____ N / A _____

b. What were the results? _____

❖ If so, you must attach a copy of the grievance and response; exhibit _____.

4.      If your answer is NO, explain why not: _____
_____ N / A _____

4

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL
OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED,
THAT FACT MUST BE DISCLOSED AS WELL.

## IV.    PREVIOUS LAWSUITS

A.    Have you initiated other actions in **state court** dealing with the same or similar
facts/issues involved in this action?
Yes( )                    No( ✓ )

1. Parties to previous action:
   a.  Plaintiff(s): _____
   b.  Defendant(s): _____ N/A _____

2. Name of judge: _____ . ____    Case #: _____

3. County and judicial circuit: _____

4. Name of judge: _____

5. Approximate filing date: _____

6. If not still pending, date of dismissal: _____

7. Reason for dismissal: _____

8. Facts and claims of case: _____ N/A _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar
facts/issues involved in this action?

Yes( )                    No( ✓ )

1. Parties to previous action:
   a.  Plaintiff(s): _____
   b.  Defendant(s): _____ N/A _____

2. District and judicial division: _____

3. Name of judge: _____    Case #: _____

4. Approximate filing date: _____

5. If not still pending, date of dismissal: _____

6. Reason for dismissal: _____

7. Facts and claims of case: _____

_____ N/A _____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                    No( ✓ )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a.   Plaintiff(s): _____ N/A _____
   b.   Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____ N/A _____
   _____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes( )                    No( ✓ )

1. Parties to previous action:
   a.   Plaintiff(s): _____
   b.   Defendant(s): _____ N/A _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

ON (1-7-12) AT or Around 5:00 P/m To 6:30 P/m, I was Housed AT F.S.P " ON m-wing my Cell was on The Third Floor OF m-wing cell # 1310.

D/o ADams DaviD, and Howard CAREY whom was The wing SRG.

Came Around AT Feed Time, and Told me They will have mY moneY AT shower Time.

ON All The "m-wings" There Is one man Showers onlY.

They Pull (2) InmaTes AT A Time For Showers, (2) of The First Floor, (2) on The second Floor, (2) on The Third Floor.

my neighbor who was Housed In Cell # 1308 was pulled For The shower The same Time as I was.

Policy And proceduce Requires The officer To put The long snaTch cord on The HandcuFFs, Then Hook IT on The handle of The cell Door WiTh There right hand holding The cuFFed inmate hands out of The FlAp.

Then Roll The Door While holding The inmate cuFFs.

CONTINUATION: STATEMENT OF FACTS:

which is what they did with me on (1-7-12). Before they called my cell door and took me to the shower First they put cell # 1302 in the shower First

Told me to hold up the officer is holding my cuffs with his right hand, while the other officer is locking the other inmate in the FAR side shower — After Howard Carey.

locked cell # 1302 IN the shower They meaning "Howard Carey, and David Adams.

Asked me to step into the shower area, this is when they did not follow Policy, and Procedure "---- David Adams Took my handcuffs off before he locked the shower gate, as SRG. Howard Carey" looked on AT this premeditated ACT.

NOT one Time did SRG. Howard Carey make any Type of Attempt To tell his office that he was not suppose to take the handcuff off of me until I was properly locked in The shower First.

This is the First violation, and is when David Adams and Howard Carey FALSIFY paper work — when they said I was Tamper w/ sec. Device —

which isn't True they was the one who let me out of my handcuffs.

on 1-7-12 AT or Around 5:00 P/m

P. 7. (b).

CONTINUATION: STATEMENT OF FACTS:

or 6:30 P/m on M-Wing on THE Third Floor, While I was in the shower, (AREA) - - - -

The crime took place when officer DAVid Adams HiT me in the Face with A closed ~~fist~~ fist

Then SRG. Howard Carey "started punching me, Then he picked me up And Threwed me into the shower I was pinned inside this small shower, while I was Beaten, and Kicked in the Face, HiT in The Face with hand Cuffs, STABBed in my Face with The Big Shower Keys.

This Beating took place For AT least 30-min before Anyone or any Type of BACK up was Called —

Than Before The crime was called in SRG. Howard Carey said, let's spray his Nigger Ass!

This was When DAVid Adams pulled out A small Can of mase, and Stuck it inside of my ear, and sprayed the mase inside of my ear, left EAR.

my ear was Already Bleeding From being HiT in The BACK of The ear with The hand CuFFs.

Than When They Finally GoT me out of The shower I was covered From Head To Toe in A Pool of Blood.

P.7.(C).

CONTINUATION: STATEMENT OF FACTS:

I WAS TAKEN TO medical, Then I WAS SENT
To The outSide HospiTAl.

When I came back From The outSide
HospiTAl, I WAS STripped of All oF my
clothes, And PuT in A s.o.s cell.

For No reason AT All, I WAS Shipped
To u.c.T , PuT inTo I.c.u For
22-DAYS , on A WinG by mySelF,
There was 8-cell's on That WinG, I
WAS The only one Housed oN That WinG AT
u.c.T - S-Dorm - WinG #3 .

AGAin AnoTher FACT ThAT F.S.P HAD
FAlSiFY paper werk To cover up The
crime ThAT Took place on (1-7-12) AT
F.S.P, on The Third Floor oF m-WinG.

I WAS AsulTed by BoTh oF These
STAFF SRG. Howard CAreY, And
DAvid AdAms,

All I'm Seeking is JusTice They
AlmosT Killed me.

ThAnk you,

Lester mAThis
# 095-086

p.7a(d).

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

Defendants(s) actions violated plaintiff 8th and 14th U.S. constitutional and constitutes the tort of assault and battery in violation 775.803-4. F.S. and 944.35. F.S. act in bad faith gross negligence and violated (DOC) own rules 33-208.602 (B) policy and 33-208.003 (24) policy: (See) continuation page: 8.(C).

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Each defendant(s) are sued 100.000.00. $$ and each in their each individually capacities:(2) Defendant(s) are sued 150.000.00. $$ands Jointly for plaintiff physical damages; (3) Plaintiff demand trial b/ Jury.(4) federal and state indictments against each defendant. (See) continuation page: 8.(D).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

6-22-12
(Date)

Lester Matthew
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☑ deposited in the prison's internal mail system on: the 22 day of June , 2012.

Lester Matthew
(Signature of Plaintiff)

Revised 07/02

8.(A)

## RELIEF REQUESTED

CONTINUATION PAGE (8) (B):

A. Defendant DAVID Adams ARE SUED 100,000.00. FOR Plaintiff physical and emotional injuries are sued in his individually capacity under color of state law in violation of Plaintiff 8th and 14th u.s. consts

B. Defendant HOWARD LABEL, ARE SUED 100,000.00. FOR ▬▬▬▬ Plaintiff physical and emotional injuries ARE SUED in his individually capacity under color of state law in violation of Plaintiff 8th and 14th u.s. consts:

C. Defendant(s) ARE SUED 150,000.00. Jointly for Plaintiff physical damages:

d. Plaintiff demand trial by Jury:

E. Federal and state criminal indictments against each defendant(s).

F. EACH defendant PAY ALL court costs and fees And cover All Plaintiff medical treatment(s) And cover All Attorney fees. As each defendants actions was outside their each employement scope, As these constitutions was violated, as each defendant act under color of state law and continue to act under of color of state law as this complaint is been file

P. 8.(b).

STATEMENT OF CLAIMS:

I. DEFENDANT David Adams Action in using EXCESSIVE Physical Force upon and Against plaintiff without any Justification was done with a maliciously and sadistically intent to cause great body harm to injury plaintiff in violation of plaintiff 8th and 14th U.S. constitutional.

II. DEFENDANT Howard carey Action in using EXCESSIVE Physical Force upon and Against Plaintiff without any Justification was done with a maliciously and sadistically intent to cause great body harm to injury plaintiff in violation of plaintiff 8th and 14th U.S. constitutional.

III. DEFENDANT David Adams Action in using EXCESSIVE Physical Force without any Justification constitutes the tort Assault and battery in violation of 775.803-4. F.S. and in violation of 944.35. F.S. Act in bad Faith Gross Negligence in violation of 768.28. F.S.

IV. DEFENDANT Howard carey Action in using EXCESSIVE Physical Force without any Justification constitutes the tort Assault and battery in violation 775.803-4 F.S. And in violation of 944.35. F.S. And in violation of 768.28. F.S. Act in bad Faith Gross Negligence.

P.8-(C).

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

EX A(A)-2

RECEIVED
MAR 23 2012
DEPARTMENT OF CORRECTIONS
OFFICE OF INMATE GRIEVANCES

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: _MATHiS Lester . J_  _095096_  _U. C. I_
Last   First   Middle Initial   Number   Institution

12-6-09753

### Part A – Inmate Grievance

I come now inmate Lester MATHiS # 095096
Today (3-14-12) I had recieved A Denied 3.0.3
From The inspecter That Was Reported To The office
of The inspecter Generals office
I am appealing The Ruling on This Denied
3.0.3.

(STATEMENT OF FACTS)
I have Filed many, many, Grievance Reporting
That I am IN FEAR of my LIFE and by sending
me back To F.S.P Would be putting my life
In Danger.
I have Recieved (2) P.I.R's For BATT on
(2) STAFF.
BATT I Was The one Who Was Assulted by
P/o AdemS, AN SRG. Carey on (1-7-12) AT F.S.P
on m-Wing AT or Arand 5:00Pm & 6:30 Pm
I Was Assulted by Two officers In The
shower Area AT F.S.P on m-Wing In The
First shower on The Third Floor, First
shower.
I am A C/m II inmate I Was Housed on
m-Wing-Third Floor # 1310.
We Was Feed (Chow), and After Dinner
showers Was being Started.
There Was (3) officers Doing shower, The (2)
That I Remember Asulting me Was P/o AdemS

_3-15-12_   _Lester mathis 095096_
DATE   SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _1 Lester mathis_
#   Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _3/23/12_   Institutional Mailing Log #: _1202-2B099_
(Date)   (Received By) SM

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE
INMATE (2 Copies)   INMATE
INMATE'S FILE   INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

EX-(A)-1

**FILED/FILED**
APR 0 3 2012
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| MATHIS, LESTER | 095096 | 12-6-09753 | UNION C.I. | O3202S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Furthermore, if you fear staff, you need to file an informal to the Colonel. The Colonel should have the opportunity to address these issues regarding staff at the institution.

Do not write on the back side of paper. Use continuation sheets if additional space is needed.

Your administrative appeal is denied.

S. Milliken

---

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EX-A-3

and SRG-CACY. I WAS ASSUlTed by both
of These STAFF'S (on) (1-17-12) AT or
Around 5:00 Pm or 6:30 Pm

My Neighbor who slept next Door To me AT
F.S.P on m-wing "was" in The next Shower, and He
SAw everything From START To Finish.

The officer P/o-ADems Told me To step In
The Shower Area he Tork my CuFF'S oFF
And Both of Them assaulTed me In The
Third Floor shower.

They was yelling Hill This NiGGer!!
we was In This Shower Area For AT
leAST 30-min before Anyone - - - - (showed up).
I WAS STABBED with The hand CuFF Keys, I
was hiT with The handcuFFS, Kicked !!
over And over, And over - - - - -

Blood was everywhere, the officer had his
Foot on my Head He Told The officer To bring
The GAS before you CAll IT.

Then "P/o ADems" put The GAS can Right To my
eAr, And SPrAyed The mase Right Inside of
my eAr, eyes while I WAS being heald
helpless on The Ground.

Being HiT, punched, And Kicked //
I WAS cuFFed up, And liFTed To my FeeT,
covered From head To Toe In Blood.

I WAS TAKen To The outside HospiTAl, my
lip, eye, And Head WAS sTiTched up And I
WAS Giving A CAT SCAn.

when I CAme bAcK To F.S.P They puT
me In A "S.o.S. Cell", next morning Noone
CAme To see me, Following morning.

which WAS (1-12-13) - pulled me ouT, And
Told me They see here where I WAS AssuulTed !

H

In the shower, by another inmate. I
told them this can not be true. I went
to the shower with my neigbor who
sleep next door to me in cell H 130?
on m-wing...... we are friends !!
The Docter said I'm only going by
what what I'm reading.
30-min later I'm at U.C.I in a
S.O.S cell. (2) Days after this I'm
in T.C.U. at U.C.I housed in
S-Dorm wing # 3.
- was the only inmate on that whole
wing. the wing housed 9- inmates.
I was assulted by (2) staffs at
F.S.P. then sent to U.C.I on a
false mental situtation...
Yesterday on (3-12-12). I was
brought (4) DIR's. next day after
this I was brought c/m-paper saying
go back to c/m-1".
I was the one assuited by (2) staff's at
F.S.P" I need this matter lookted into as
soon as posibaile..... before they try to send
me back to (F.S.P).
I Dont trust no one at all "I need to
see someone other than a U.C.I of F.S.P"
staffmember.
I dont trust anyone "the Dorm I am
housed in isn't bad. alot of old timer staff
I keep to myself.
Right now, I cant hear out of my left
ear, my head hurts all the time, I cant
sleep, and I am still having problems seeing
out of my left eye.

IT

EX-A-4

I Am being Treated For These matters
right now....

I State The Facts, of my current
Problematic....my Issues come To The
matter In Regards To plantiff.

Being compenstated # 200,000.00, Due To
Physical Injuries" To my Ear, Eye's,
Head, legs.

Also = Lester mathis # 095-096,A Inmate
AT U.C.I (O-Dorm # 3202).

Do Wish For All Vidio Cameras, From
(1-7-12) held For Judical purposses.

I pray That The Florida Department
of corrections.

Will Act on This matter grant my
protective custody request, and
special review me From F.S.P And out
of This Area Altogether.

please help me 'please ?? I Am In
Fear For my life.

With All Due respect,

(Lester mathis
# 095-096
O-D-rm)





## PART B - RESPONSE

| MATHIS, LESTER | 095096 | 1202-213-099 | UNION C.I. | 032148 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

This issue was previously reported to the office of the Inspector General for appropriate review and disposition. It was found that your allegations were not supported by the evidence reviewed.

As this issue was previously reported, your grievance is denied.

You have fifteen days to appeal this decision to:
Bureau of Inmate Grievance Appeals
501 South Calhoun St.
Tallahassee, FL 32399-2500

A. Johnson                          B.V. Reddish

_____          _____          3-9-12
SIGNATURE AND TYPED OR PRINTED NAME        SIGNATURE OF WARDEN, ASST. WARDEN, OR        DATE
OF EMPLOYEE RESPONDING                      SECRETARY'S REPRESENTATIVE



DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE
        Inmate                                        (1 Copy) Inmate
        File                                          (1 Copy) Inmate's File - Inst./Facility
        Official Responding                           (1 Copy) C.O. Inmate File
                                                      (1 Copy) Retained by Official Responding

# 4

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

EX-A-6

TO: ☑ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From: MATHiS Lester J        09596    :    U.C.
Last   First   Middle Initial      Number        Institution

---

### Part A – Inmate Grievance

WARDEN,
WiTh All Due RespecT "I come now
INMATe lesTer MATHiS #09596. IN The
RespecTFul Comitted 3.0.3.
IN which, I now move To The nexT level
As FoRwARding my 3.0.3 To The WARden oF union
CorrecTional insTiTuTion.
IN which I STATE The FACTS, OF my
currenT problemATic --- my issues come To The
mATTer IN ReGARds To plAinTiFF.
Being compensiATed # 200.000.00, due To
physicAl iNJuries "To my eAr, eyes, HeAd,
leGs.
(where I STATe The sTATemenTs oF FACTS)
This is whAT I wroTe mr.whiTeHead ---
WiTh All Due RespecT, I know you do noT
plAy No GAmes. mr.whiTehead, And smART on
every level.
ITs sAd how F.S.P HAs wenT down siR.
LeT me GeT To The poinT? you should conTAcT
mr.pell? or one oF The other Higher-ups AT
F.S.P.
BecAuse They ARe being mAde ouT oF Fools
And Is abouT To be pulled INTo The diRTy cops
GAme.

~~SEE ATTACHED RESPONSE~~ lester maThis # 095-096

2-13-12
DATE                                      SIGNATURE OF GRIEVANT AND D.C. #

---

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** No 1
# _____    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: 1209-213-099
                        (Date)                                                        (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)            INMATE                                    062
                INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY     2/15/12
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE                53-1095
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

EX-A-7

and SRG-COCY. I was assulted by both
of these staffs (on) (1-17-12) at or
around 5:00 Pm or 6:30 Pm

My Neighbor who slept next door to me at
E.S.P. on "A-Wing" was, in the next shower, and he
saw everything from start to finish.

The officer o/o-Adems told me to step in
The shower Area he took my cuff's off
and both of them assulted me in the
third floor shower

They was yelling Kill this Nigger!
we was in this shower area for at
least 30-min before anyone---(showed up)
I was stabbed with the handcuff Keys, I
was hit with the handcuffs, Kicked
over and over, and over-----

Blood was everywhere, the officer had his
foot on my head, he told the officer to bring
The gas Before you call it.

Then o/o Adems put the gas can right to my
ear, and sprayed the mase right inside of
my ear, eyes while I was being heald
helpless on the Ground.

Being Hit, Punched, And Kicked!!

I was cuffed up, and lifted to my feet,
covered from head to tee in Blood.

I was taken to the outside Hospital, my
lip, eye, and Head was stitched up and I
was giving a CAT scan.

When I came back to E.S.P they put
me in a "S.0.S. cell", next morning no one
came to see me, Following morning.

Which was (1-12-12)-pulled me out, and
told me They see here where I was assulted

EXA-8

IT

I am being Treated For These matters right now----

I State The Facts, of my current problematic--- my Issues come To the matter In Regards To Plantiff. Being Compenstated A 200,000.00, Due To physical Injuries" To my Ear, Eye's, Head, legs.

Also I Lester mathis # 095-26, A Inmate At U.C.I (0-Dorm #3202).

Do Wish For All Vidio Cameras, From (1-7-12) held For Judical Purposses.

I pray That The Florida Department of corrections.

Will act on This matter Grant my protective custody request and special reciece me From F.S.P. And out of This Area Altogether.

Please help me' please ?? I am In Fear For my life.

With all Due Respect,

(Lester mathis
# 095-26
0-Dorm)

FLORIDA DEPARTMENT OF CORRECTIONS
ISSO150 (01)          CHARGING DISCIPLINARY REPORT          01/09/2012
                              LOG # 205-120041
--------------------------------------------------------------------
DC#: 095096    INMATE NAME: MATHIS, LESTER J.         INFRACTION
VIOLATION CODE:  0933   TITLE: TAMPER W/SEC. DEVICE    DATE: 01/07/12
FACILITY CODE: 205    NAME: FLORIDA STATE PRISON       TIME: 17:40
--------------------------------------------------------------------
I.    STATEMENT OF FACTS
      INMATE MATHIS, LESTER IS BEING CHARGED WITH 9-33 TAMPERING
      WITH SECURITY DEVICE, RULE OF PROHIBITED CONDUCT 33-601.314.
      AT APPROX. 5:40 PM ON 1-7-12, WHILE ASSIGNED AS M-WING
      HOUSING OFFICER, SGT. CAREY AND I WERE CONDUCTING SHOWER
      PROCEDURES ON THE 3RD FLOOR. WHEN INMATE MATHIS, LESTER
      #095096, B/M, HOUSED AT M-1310S, WAS PLACED IN THE FRONT
      SHOWER HE MANIPULATED HIS HAND RESTRAINTS AND REMOVED HIS
      RIGHT HAND FROM THE RESTRAINTS TO COMMIT A BATTERY ON STAFF.
      FORCE WAS UTILIZED TO PREVENT FURTHER ASSAULT ON STAFF. THE
      SHIFT OIC WAS NOTIFIED AND ADVISED ME TO FOLLOW THROUGH WITH
      THIS FORMAL DISCIPLINARY REPORT AS PROVIDED IN SECTION
      33-601.304 F.A.C.


      REPORT WRITTEN: 01/07/12, AT 21:00     BY: ADAMD - ADAMS,DAVID M.
--------------------------------------------------------------------
II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 3 /12/ 12, AT 10:35

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

              DELIVERED BY : Cabre   - 3 Celley
--------------------------------------------------------------------
NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
--------------------------------------------------------------------

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
--------------------------------------------------------------------

# EXA-Z

FLORIDA DEPARTMENT OF CORRECTIONS
ISS0150 (01)                CHARGING DISCIPLINARY REPORT          03 214      01/09/2012
LOG # 205-120040

--------------------------------------------------------------------

DC#: 095096    INMATE NAME: MATHIS, LESTER J.          INFRACTION
VIOLATION CODE:  0115   TITLE: BATTERY/ATT/CO           DATE: 01/07/12
FACILITY CODE: 205    NAME:  FLORIDA STATE PRISON       TIME: 17:40

--------------------------------------------------------------------

I.    STATEMENT OF FACTS
      INMATE MATHIS, LESTER IS BEING CHARGED WITH 1-15\ BATTERY ON
      OFFICER, RULE OF PROHIBITED CONDUCT 33-601.314. AT APPROX.
      5:40 PM ON 1-7-12, WHILE ASSIGNED AS M-WING HOUSING OFFICER,
      SGT. CAREY AND I WERE CONDUCTING SHOWERS ON THE 3RD FLOOR.
      WHEN INMATE MATHIS, LESTER #095096, B/M, HOUSED AT M-1310S,
      WAS PLACED IN THE FRONT SHOWER, HE MANIPULATED HIS RESTRAINT
      DEVICE FREEING HIS RIGHT HAND. HE TURNED AND STRUCK ME WITH
      HIS A CLOSED FIST TO THE LEFT SIDE OF MY JAW. OFFICER
      THOMPSON HAS KNOWLEDGE OF THIS INCIDENT. THE SHIFT OIC WAS
      NOTIFIED AND ADVISED ME TO FOLLOW THROUGH WITH THIS FORMAL
      DISCIPLINARY REPORT AS PROVIDED IN SECTION 33-601.304 F.A.C.

      REPORT WRITTEN: 01/07/12, AT 20:25       BY: ADAMD - ADAMS,DAVID M.

--------------------------------------------------------------------

II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 3/12/12, AT 10:32

         NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
         EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
         NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
         33-601, FLORIDA ADMINISTRATIVE CODE.

         DELIVERED BY : CBJU    - B Callowy
--------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

--------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

--------------------------------------------------------------------

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.

--------------------------------------------------------------------

FLORIDA DEPARTMENT OF CORRECTIONS
CHARGING DISCIPLINARY REPORT          01/09/2012
ISSO150 (01)                LOG # 205-120042

---

```
DC#: 095096    INMATE NAME: MATHIS, LESTER J.         INFRACTION
VIOLATION CODE:  0115    TITLE: BATTERY/ATT/CO         DATE: 01/07/12
FACILITY CODE:  205     NAME:  FLORIDA STATE PRISON    TIME: 17:40
```

---

I.  STATEMENT OF FACTS
    INMATE MATHIS, LESTER IS BEING CHARGED WITH 1-15 BATTERY ON
    OFFICER, RULE OF PROHIBITED CONDUCT 33-601.314. AT APPROX.           03-314
    5:40 PM ON 1-7-12, WHILE ASSIGNED AS M-WING HOUSING SERGEANT
    OFFICER ADAMS AND I WERE CONDUCTING SHOWER PROCEDURES ON THE
    3RD FLOOR. UPON ENTERING THE SHOWER I OBSERVED INMATE MATHIS
    LESTER #095096, B/M, HOUSED AT M-1310S, TURN AND STRIKE
    OFFICER ADAMS IN THE LEFT JAW. I ORDERED HIM TO CEASE HIS
    DISRUPTIVE BEHAVIOR, TO NO AVAIL. I THEN GRASPED INMATE
    MATHIS' UPPER TORSO AND PULLED HIM FROM OFFICER ADAMS
    STOPPING THE BATTERY. INMATE MATHIS THEN BEGAN STRIKING ME
    WITH BOTH CLOSED FISTS IN THE UPPER TORSO AREA. AFTER
    SEVERAL MINUTES ADDITIONAL STAFF ARRIVED AND SUBDUED INMATE
    MATHIS. OFFICER THOMPSON HAS KNOWLEDGE OF THIS INCIDENT.
    THE SHIFT OIC WAS NOTIFIED AND ADVISED ME TO FOLLOW THROUGH
    WITH THIS FORMAL DISCIPLINARY REPORT AS PROVIDED IN SECTION
    33-601.304 F.A.C.


REPORT WRITTEN: 01/07/12, AT 20:35        BY: CAREY - CAREY,IV, HOWARD W

---

II.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: _3_/_12_/_12_, AT _10:37_

        NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
        EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
        NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
        33-601, FLORIDA ADMINISTRATIVE CODE.

        DELIVERED BY : _CbS2i_ - _B Colley_

---

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

---

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

---

FLORIDA DEPARTMENT OF CORRECTIONS
ISSO150 (01)                CHARGING DISCIPLINARY REPORT                01/09/2012
                                  LOG # 205-120043

--------------------------------------------------------------------------------
DC#: 095096    INMATE NAME: MATHIS, LESTER J.            INFRACTION
VIOLATION CODE:  0032   TITLE: POSS OF ESCAPE PARA.      DATE: 01/07/12
FACILITY CODE:  205    NAME:  FLORIDA STATE PRISON       TIME: 18:28
--------------------------------------------------------------------------------

I.    STATEMENT OF FACTS
      INMATE MATHIS, LESTER IS BEING CHARGED WITH 3-2 ESCAPE
      PARAPHERNALIA, RULE OF PROHIBITED CONDUCT 33-601.314. AT          03214
      APPROX. 6:28 PM ON 1-7-12, WHILE ASSISTING IN POST USE OF
      FORCE PROCEDURES ON INMATE MATHIS, LESTER #095086, B/M,
      HOUSED AT M-1310S, I CONDUCTED A STRIP SEARCH ON INMATE
      MATHIS BEFORE HE RECEIVED HIS DECONTAMINATION SHOWER. DURING
      THE SEARCH I DISCOVERED A SOCK. UPON SEARCHING THE SOCK I
      DISCOVERED WHAT APPEARED TO BE A HOME-MADE HANDCUFF KEY. THE
      HANDCUFF KEY IS APPROX. 1 1/2 INCHES LONG AND APPEARS TO BE
      MADE FROM A SMALL PIECE OF METAL. PHOTOS WERE TAKEN OF THE
      HANDCUFF KEY AND IT WAS TURNED INTO THE D.R. DROP CHUTE FOR
      FURTHER DISPOSITION. THE SHIFT OIC WAS NOTIFIED AND ADVISED
      ME TO FOLLOW THROUGH WITH THIS FORMAL DISCIPLINARY REPORT AS
      PROVIDED IN SECTION 33-601.304 F.A.C.


REPORT WRITTEN: 01/07/12, AT 20:30        BY: ROWB  - ROWE,BENJAMIN
--------------------------------------------------------------------------------

II.   INMATE NOTIFICATION OF CHARGES: DATE DELIVERED:  3 / 12 / 12, AT 10:36

          NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
          EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
          NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
          33-601, FLORIDA ADMINISTRATIVE CODE.

          DELIVERED BY : CB24    - B Calloway
--------------------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
--------------------------------------------------------------------------------

EX - A-1

## FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☒ Inmate | ☐ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☒ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation | |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: 1745                  Time of exam: 1755

Description of occurrence: Post use of force, in physical altercation c̄ another I/m. Ø LOC reported. NAD.

Inmate showered without soap (if post-use of chemical agent)? ☒ Yes   ☐ Refused   ☐ N/A

Vital Signs:   Temperature 36.1 Temp   Pulse 126   Respiration 22   Blood Pressure 125 / 75

Arrived via: ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:_____

Condition on arrival (check all that apply): ☐ Alert   ☒ Oriented x 4 (person, place, time, situation)   ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary: AAOX4, Denies LOC. Denies any pain. ABD soft to palp. Denies any pain. All bleeding controlled — see DC4 708 for other injuries. Lungs CTA BILAT. Resp even and unlabored.

(1900) CHO- Dr. Espino instructed to send to Shands Starke
Physician notified? ☐ No  ☒ Yes   Name: Dr. Le - 1835, U.M. Weaver 1845   Time: 1900

Treatment provided? ☐ No  ☒ Yes   If yes, describe: Dermabond ® upper eyelid X2. Cleaned wds c̄ NS and dry dsg Bleeding well controlled

Response to Treatment: Tolerated Tx well s̄ difficulties

Disposition: ☐ Population   ☐ Confinement   ☐ Infirmary   ☒ Hospital   ☐ Rescue   ☐ Other (explain):
Shands Starke for suturing of upper lip. Per CHO- Dr. Espino

Discharge Instructions and Education: F/u ā PCP PRN, S/Sx of inf. ↑ H2O intake
Shands for lac closure. Nursing report called.

Health Care Provider's Signature and Stamp: William LPN/C. Williams   Date/Time: 1/7/2012 @ 1800

Reviewing Physician's Signature and Stamp: [signature] J.A. Espino, MD, MSA CHIEF HEALTH OFFICER FLORIDA STATE PRISON   Date/Time: JAN 10 2012

| Name | Mathis, Lester | Inmate Distribution: | White—Health Record |
|---|---|---|---|
| DC# | 095096   Race/Sex B/male | | Canary—Inspector General |
| Date of Birth | 2/26/1966 | | Pink—Local Requirements |
| Institution | JSP | Employee Distribution: | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

EX-A-Z

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence ~~6/18~~ (w) 1·7·2012   Time of occurrence __1745__
Date injury assessed by medical - 1·7·2012   Time injury assessed by medical __1755__

☐ No injury identified

Description of injury (1) Abrasion Forehead (2) Swelling (L) Cheek Area, (3) Laceration to upper-lip, (4) Laceration to Lower Lip (5) Laceration to upper inner lip → (5) Lac. above (L) eyelid (6) Lac to corner of (L) orbit (7) Bruising c̄ redness (L) ↑ Posterior shoulder (8) Bruising c̄ redness - moderate to (R) posterior shoulder (9) Superficial Lac. behind ear. (10) Abrasion (R) Elbow.

Williams RN / C.Williams RN
**Staff Signature**

Inmate Name Mathis Lester
DC# 095096   Race/Sex· B / M
Date of Birth 2/22/1966
Institution FSP

CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

JAN 10 2012

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

EX-A-3

**Shands Starke**
**Emergency Department**
**Discharge Medication Information**

**MEDICATION RECONCILIATION FORM**

**Name:** Lester Mathis
**Age:** 45 years , **Gender:** Male
**Height:** 5ft. 10in.
**Weight:** 83.91Kg

**Visit Date:** 01/07/12 20:08
**MRN:** 0000715999
**Provider:** Gianas, Peter

**ALLERGIES:** No known drug Allergies

Thank you for visiting Shands Starke. This form contains information about your medications. It is important that you read and understand this information.

**Source(s) of Home Medication information (Select all that apply):**

☐ Patient                    ☐ Medication List           ☐ EMS Record

☐ Patient's Family      ☐ Medication Bottles      ☐ Primary Care Provider

☐ Hospital Record

☐ Pharmacy (Specify _____ )

☐ Other (Specify _____ )

**Home Medication(s) recorded during this visit:**

| Drug, Route & Dose | Frequency | Reason | Last Dose | Continue on Discharge |
|---|---|---|---|---|
| Wellbutrin SR Oral 150 mg | daily | | | Yes   No   PCP |
| Benadryl Oral 50 mg | twice a day | | | Yes   No   PCP |
| Prolixin Oral Unknown | daily | | | Yes   No   PCP |

**Medications you received during your visit:**
NONE

**Prescriptions you received during your visit:**
NONE

**Notes:**
You will need to see your Primary Care Provider to get refills.

**PLEASE GIVE THIS FORM TO YOUR NEXT PROVIDER OF MEDICAL SERVICE (DOCTOR, CLINIC, HOME CARE, ETC.)**

**Signature:**

Gianas, Peter

**Created by:**

**Shands Starke Critical access**

*EX-A-4*

**Patient Name:** MATHIS, LESTER

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** | 02/22/1966 | **Age:** 45 Y | **Patient Status:** | E | **Patient Type:** E |
| **Visit #:** | 9029091 | **Sex:** M | **Patient Location:** | EMS | |
| **Acc.:** | 2179359 | | **Completed:** | 01/07/2012 | |
| **Exam:** | (853) CTMAXFCWO - CT MAXILLOFACIAL WO CONT | | | | |

**Requesting Provider:** GIANAS, PETER J, MD          **MRN/Pt Num:**    0000715999

**Attending Provider:**      GIANAS, PETER, MD
                             922 E CALL ST.
                             STARKE, FL 32091

---

## Diagnostic Report Text:

**Clinical History**
Reason;Pain;Trauma; Bed Name: 8

STUDY: CT Facial Bone Unenhanced

Indication: Hit in face w/ a bar replacement apart. Right orbital rim and left zygomatic arch.

TECHNIQUE: CT imaging of the face was performed in the axial plane without the use of intravenous contrast. Images were reconstructed in 1.25 mm intervals.

INTERPRETATION: There is moderate soft tissue swelling and infiltration left face. There is mild soft swelling overlying the right periorbital region. The globes are normal bilaterally. The rectus muscles and optic nerves are normal. On bone windows, the orbits are normal. The visualized paranasal sinuses demonstrate a mild mucoperiosteal thickening involving the ethmoid air cells, inferior aspect of the right maxillary sinus, right frontal, and right sphenoid sinus. There is age-indeterminate fractures seen involving the nasal bones at the tip (axial image 77). Recommend clinical correlation.

IMPRESSION:

Moderate soft tissue swelling and infiltration of the left face. Mild soft tissue swelling in the right periorbital region.

Age-indeterminate fractures involving the tip of the nose. Recommend clinical correlation.

## End of diagnostic report for accession:   2179359

| | | |
|---|---|---|
| **Dictated By:** | ANDERSON, CARMEN, MD | |
| **Transcribed By:** | ANDERSON, CARMEN, MD | 01/07/2012 11:42 PM EST |
| **Signed By:** | ANDERSON, CARMEN, MD | 01/07/2012 11:42 PM EST |

## Radiology Results

**Shands Starke Critical access**

EX-A-5

**Patient Name:** MATHIS, LESTER

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOB:** | 02/22/1966 | **Age:** 45 Y | **Patient Status:** | E | **Patient Type:** E | |
| **Visit #:** | 9029091 | **Sex:** M | **Patient Location:** | EMS | | |
| **Acc.:** | 2179223 | | **Completed:** | 01/07/2012 | | |
| **Exam:** | (853) CTCHESTWO - CT CHEST WO CONTRAST | | | | | |

**Requesting Provider:** GIANAS, PETER J, MD          **MRN/Pt Num:**   0000715999

**Attending Provider:**      GIANAS, PETER, MD
922 E CALL ST.
STARKE, FL 32091

---

## Diagnostic Report Text:

### Clinical History
Reason;Blunt chest trauma; Bed Name: 8

Indication: Trauma. Hit in the chest with a bar. Right-sided posterior pain.

STUDY: CT Chest W/O Contrast

TECHNIQUE: 5 mm unenhanced axial images ere obtained from the thoracic inlet to the upper abdominal organs.

INTERPRETATION:

At the right L1 transverse process, there is a lucency seen. Findings may suggest a nondisplaced fracture versus bony nonunion. There is minimal sclerosis on either side of the area of lucency, which may favor bony nonunion. Recommend clinical correlation. ( axial image 55) Mild spondylitic changes are noted.
There is no pneumothorax.

There are a few subcentimeter nodular densities seen along the fissures in the right chest, which may be a part of the normal pleural reflections (axial images 20, 21, and 30). There are no pulmonary masses or infiltrates.

There is mild bibasilar atelectasis.

There is no axillary, hilar or mediastinal adenopathy.

There is no pleural or pericardial effusion.

The heart size is within normal limits.

In the visualized upper abdomen, the adrenal glands are unremarkable. Moderately large stool is noted.

IMPRESSION:

1. Lucency through the right L1 transverse process. Findings may suggest bony nonunion versus a nondisplaced fracture. *Recommend clinical correlation.*

2. No pneumothorax.

3. Subcentimeter nodular densities along the right sided fissures, as above described.

**Radiology Results**

## Shands Starke Critical access

*EX-A-6*

**Patient Name:** MATHIS, LESTER

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOB:** | 02/22/1966 | **Age:** 45 Y | **Patient Status:** | E | **Patient Type:** E | |
| **Visit #:** | 9029091 | **Sex:** M | **Patient Location:** | EMS | | |
| **Acc.:** | 2179223 | | **Completed:** | 01/07/2012 | | |
| **Exam:** | (853) CTCHESTWO - CT CHEST WO CONTRAST | | | | | |

**End of diagnostic report for accession:** 2179223

| | | |
|---|---|---|
| **Dictated By:** | ANDERSON, CARMEN, MD | |
| **Transcribed By:** | ANDERSON, CARMEN, MD | 01/07/2012 9:36 PM EST |
| **Signed By:** | ANDERSON, CARMEN, MD | 01/07/2012 9:36 PM EST |

Radiology Results

**Shands Starke Critical access**

*EX-A-7*

Patient Name:  MATHIS, LESTER

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** | 02/22/1966 | **Age:** 45 Y | **Patient Status:** | E | **Patient Type:** E |
| **Visit #:** | 9029091 | **Sex:** M | **Patient Location:** | EMS | |
| **Acc.:** | 2179222 | | **Completed:** | 01/07/2012 | |
| **Exam:** | (853) CTBRAINWO - CT HEADBRAIN WO CONTRAST | | | | |

| | | |
|---|---|---|
| Requesting Provider: | GIANAS, PETER J, MD | **MRN/Pt Num:**  0000715999 |

Attending Provider:  GIANAS, PETER, MD
922 E CALL ST.
STARKE, FL 32091

**Diagnostic Report Text:**

Clinical History
Reason;Trauma; Bed Name: 8

STUDY: CT head unenhanced

Indication: Trauma.

TECHNIQUE: Unenhanced axial images were obtained from the skull base to the vertex.

INTERPRETATION: There is moderate soft tissue swelling and infiltration of the left base. There is mild soft tissue swelling over the forehead. The ventricles, basal cisterns, and cortical sulci are within normal limits for patient's stated age. There is no acute intracranial hemorrhage, territorial infarct, mass effect, or midline shift. The visualized paranasal sinuses and mastoid air cells demonstrate mild mucoperiosteal thickening involving the anterior ethmoid air cells bilaterally and the right sphenoid sinus. There is age indeterminate nondisplaced fracture of the right nasal bone (axial image 13). Correlate with site of pain.

IMPRESSION: No acute intracranial abnormality. Facial soft tissue swelling, as above described.

**End of diagnostic report for accession:**   2179222

| | | |
|---|---|---|
| **Dictated By:** | ANDERSON, CARMEN, MD | |
| **Transcribed By:** | ANDERSON, CARMEN, MD | 01/07/2012 9:13 PM EST |
| **Signed By:** | ANDERSON, CARMEN, MD | 01/07/2012 9:13 PM EST |



> ➢ Facial pain, redness or swelling develops.
> ➢ Any problems that may be related to the prescribed medicine develops.

Document Released: 09/27/2006  Document Re-Released: 04/18/2009
ExitCare® Patient Information ©2009 ExitCare, LLC.