UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LESTER MATHIS,**

    Plaintiff,

**v.**                                  Case No. 3:12-cv-735-J-99MMH-TEM

**DAVID ADAMS, et al.,**

    Defendants.

_____/

## INDEX TO APPENDIX

Exhibit A:    Plaintiff's FDOC Inmate Population Information Detail

Exhibit B:    Declaration of Howard Carey

Exhibit C:    Declaration of David Adams

Exhibit D:    Inspector General record for Use of Force case no. 2012-205-0005

Exhibit E:    Disciplinary Report Packet for Battery on Correctional Officer, log no. 205-120040

Exhibit F:    Disciplinary Report Packet for Tampering with a Security Device, log no. 205-120041

Exhibit G:    Disciplinary Report Packet for Battery on Correctional Officer, log no. 205-120042

Exhibit H:    Fixed wing video footage from M-Wing at FSP at the time of the incident on January 7, 2012

Exhibit I:    Hand-held camera video footage from the incident on January 7, 2012